UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIAMOND VIRGIL** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.** |
| | * | |
| **MERRILL G. BUSH, MCLANE** | * | **JUDGE:** |
| **TRUCKING, INC. AND THE** | * | |
| **INSURANCE COMPANY OF** | * | **MAGISTRATE:** |
| **PENNSYLVANIA** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes DIAMOND VIRGIL, a person of the full age of majority and a resident of Louisiana, who avers as follows:

I.

Made defendants herein are:

A.) MERRILL G. BUSH, a person of the full age of majority and a resident of Starksville, Mississippi;

B.) MCLANE TRUCKING, INC., (hereinafter referred to as "MCLANE"), upon information and belief a foreign corporation authorized to do and doing business in the State of Louisiana; and

C.) THE INSURANCE COMPANY OF PENNSYLVANIA, upon information and belief a foreign or domestic insurer authorized to do and doing business in the State of Louisiana;

II.

On or about September 26, 2014, complainant was operating her motor vehicle on LA-48 eastbound when she stopped for a light at the intersection at Williams Boulevard. MERRILL G. BUSH, the defendant driver, rear ended her vehicle and pushed it into the intersection.

III.

The collision was caused solely and proximately by the negligence of MERRILL G. BUSH in the following non-exclusive particulars:

a.) following to closely;

b.) better to exercise due care under the circumstances; and

    c.)    distracted driving.

## IV.

THE INSURANCE COMPANY OF PENNSYLVANIA issued a policy of liability insurance to MCLANE, which provides coverage for the claims made by complainant against MERRILL G. BUSH.

## V.

MERRILL G. BUSH was in the course and scope of his employment with MCLANE at the time of the collision.

## VI.

MCLANE is liable for the conduct of MERRILL G. BUSH under respondeat superior.

## VII.

As a result of the collision DIAMOND VIRGIL suffered injuries to her mind and body warranting the award of general and special damages, including but not limited to the following:

    a.)    past and future lost wages;
    b.)    past and future medical expenses;
    c.)    past and future physical pain and suffering;
    d.)    past and future mental pain and anguish; and
    e.)    loss of enjoyment of life.

## VIII.

Amicable demand has been made to no avail.

**WHEREFORE**, complainant, DIAMOND VIRGIL requests that after due proceedings are had, that there be judgment rendered in favor of DIAMOND VIRGIL and against defendants, MERRILL G. BUSH, MCLANE TRUCKING, INC. and THE INSURANCE COMPANY OF PENNSYLVANIA, for all general and special damages to which complainant is entitled, along with court costs, expert witness fees and legal interest from the date of judicial demand.

        **Respectfully submitted,**

        **HATCH INJURY LAW**

          **/s/ James A. Hatch**
        **JAMES A. HATCH (#26045) T.A.**
        **PAUL E. MAYEAUX (#21750)**
        **1421 N. CAUSEWAY BLVD., STE. 100**
        **METAIRIE, LOUISIANA 70001-4148**
        **TELEPHONE:(504) 831-1031**
        **FACSIMILE:  (504) 831-2431**
        **james@hatchinjurylaw.com**
        **pmayeaux@cox.net**
        **ATTORNEYS FOR COMPLAINANT,**
        **DIAMOND VIRGIL**